# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00683-CV

**In re Nelson Partners, LLC; NP Skyloft Equity, LLC ; and Nelson Brothers Property Management, Inc. d/b/a Nelson Partners Property Management, Inc.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators Nelson Partners, LLC; NP Skyloft Equity, LLC; and Nelson Brothers Property Management, Inc. d/b/a Nelson Partners Property Management, Inc. have filed a petition for writ of mandamus and emergency motion for Rule 52.10 relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's December 20, 2021 order and execution of the December 27, 2021 writ of possession pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before January 5, 2022.

It is ordered on December 28, 2021.

Before Justices Goodwin, Baker, and Smith